**BERNARD S. GREENFIELD** (SBN 66017)
**RACHEL THOMAS** (SBN 244527)
GREENFIELD LLP
55 S. Market Street, Suite 1500
San Jose, California 95113
Telephone: (408) 995-5600
Email: bgreenfield@greenfieldlaw.com
       rthomas@greenfieldlaw.com

Attorneys for Defendant MARKET TOWN, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBINSON,<br><br>                Plaintiff,<br><br>v.<br><br>MARKET TOWN, LLC,<br><br>                Defendant. | Case No. 2:24-CV-00020-DJC-KJN<br><br>**ORDER RE: EXTENSION OF TIME FOR DEFENDANT MARKET TOWN, LLC TO RESPOND TO COMPLAINT** |

    IT IS HEREBY ORDERED that Defendant MARKET TOWN, LLC's time to answer, move, or otherwise respond to the Complaint filed in this action shall be extended March 11, 2024.

Dated: January 31, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE