Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Robinson,<br><br>            Plaintiff,<br>    v.<br><br>Market Town, LLC,<br><br>            Defendant. | Case No. 2:24-cv-00020-DJC-KJN<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 160, plaintiff David Robinson hereby notifies the Court that the parties have reached a global settlement in this case. Plaintiff will file dispositional documents no more than 21 days from today's date.

Respectfully submitted,

Dated: July 3, 2024

Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorneys for Plaintiff

1
NOTICE OF SETTLEMENT