Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Robinson,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Market Town, LLC<br><br>　　　　　Defendant. | Case No. 2:24-cv-00020-DJC-CSK<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff David Robinson and Defendant Market Town, LLC hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: July 15, 2024                             Law Office of Rick Morin, PC

                                                 _____
                                                 By: Richard Morin
                                                 Attorney for Plaintiff

Dated: July 15, 2024                             Greenfield LLP


                                                 /s/ Rachel Thomas
                                                 By: Rachel Thomas
                                                 Attorney for Defendant